UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| CARTERET INVESTMENT ASSOCIATES, LLC and CARTERET SURGICAL ASSOCIATES, P.A., <br><br> Plaintiffs <br><br> v. <br><br> MT. HAWLEY INSURANCE COMPANY and MAG MUTUAL INSURANCE COMPANY, <br><br> Defendants. | § § § § § § § § § § § § § § CIVIL ACTION NO. 4:21-cv-00157-FL |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of Matthew J. Gray, of Young Moore and Henderson, P.A., as Local Civil Rule 83.1(d) counsel of record for Defendant Mt. Hawley Insurance Company.

The undersigned certifies that he is admitted to practice before this Court.

This, the 21st day of October, 2021.

                                              Respectfully submitted,

                                              YOUNG MOORE & HENDERSON P.A.

By:    */s/ Matthew J. Gray*
       MATTHEW J. GRAY
       N.C. State Bar No. 31553
       3101 Glenwood Avenue, Suite 200
       Raleigh, NC 27612
       (919) 782-6860
       (919) 782-6753 (Fax)
       Matt.Gray@youngmoorelaw.com
       Christy.Dunn@youngmoorelaw.com
       *Local Civil Rule 83.1(d) Counsel for*
       *Defendant Mt. Hawley Insurance Company*

and

Greg K. Winslett (to be admitted *pro hac vice*)
Texas State Bar No. 21781900
Jonathan A. Lautin (to be admitted *pro hac vice)*
Texas State Bar No. 24092669
QUILLING SELANDER LOWNDS
WINSLETT & MOSER PC
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100
(214) 871-2111 (Fax)
gwinslett@qslwm.com
jlautin@qslwm.com
**ATTORNEYS FOR DEFENDANT MT. HAWLEY INSURANCE COMPANY**

# CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the above and foregoing instrument is being served upon counsel for Plaintiff, via certified mail, return receipt requested, in accordance with the Federal Rules of Civil Procedure, on this 21st day of October, 2021, as follows:

Wesley A. Collins
Harvell and Collins, P.A.
1107 Bridges Street
Morehead City, North Carolina 28557
input@harvellandcollins.com
wcollins@harvellandcollins.com
*Attorneys for Plaintiffs*

P.K. Shere
Huff Powell Bailey
3737 Glenwood Ave., Suite 370
Raleigh, NC 27612
pkshere@huffpowellbailey.com
*Attorneys for Defendant*
*Mag Mutual Ins. Co.*

                                      YOUNG MOORE & HENDERSON P.A.

By:     */s/ Matthew J. Gray*
          MATTHEW J. GRAY
          N.C. State Bar No. 31553
          CHRISTY C. DUNN
          N.C. State Bar No. 54816
          3101 Glenwood Avenue, Suite 200
          Raleigh, NC 27612
          (919) 782-6860
          (919) 782-6753 (Fax)
          Matt.Gray@youngmoorelaw.com
          Christy.Dunn@youngmoorelaw.com
          *Local Civil Rule 83.1(d) Counsel for*
          *Defendant Mt. Hawley Insurance Company*