UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:21-CV-00157

| | |
|---|---|
| CARTERET INVESTMENT ASSOCIATES, LLC and CARTERET SURGICAL ASSOCIATES, P.A.,<br><br>Plaintiffs<br><br>v.<br><br>MT. HAWLEY INSURANCE COMPANY and MAG MUTUAL INSURANCE COMPANY,<br><br>Defendants | **MOTION TO DISMISS OF DEFENDANT MAG MUTUAL INSURANCE COMPANY**<br>**Fed. R. Civ. P. 12** |

**<u>DEFENDANT MAG MUTUAL INSURANCE COMPANY'S MOTION TO DISMISS</u>**

NOW COMES Defendant MAG Mutual Insurance Company, by and through undersigned counsel, and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure moves that Plaintiffs' Complaint be dismissed with prejudice on the grounds that Plaintiffs have failed to state a claim upon which relief can be granted.

In support of this Motion, Defendant MAG Mutual Insurance Company relies on the arguments and authorities contained in the Memorandum of Law in Support of Defendant MAG Mutual Insurance Company's Motion to Dismiss, which Defendant is filing contemporaneously with this Motion.

Respectfully submitted, this the 28th day of October, 2021.

HUFF POWELL & BAILEY, PLLC


BY: /s/ Barrett Johnson

Pankaj K. Shere (NC Bar No. 30675)
Barrett Johnson (NC Bar No. 46158)
Huff Powell & Bailey, PLLC
3737 Glenwood Ave., Ste. 370
Raleigh, NC 27612
Tel.: 984.238.2380
Fax: 404.892.4033
pkshere@huffpowellbailey.com
bjohnson@huffpowellbailey.com
*Counsel for Defendant MAG Mutual Insurance Company.*

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed electronically with the CM/ECF system and was served by email on the following:

Wesley A. Collins
Harvell and Collins, P.A.
1107 Bridges Street
Morehead City, North Carolina 28557
input@harvellandcollins.com
wcollins@harvellandcollins.com
*Attorneys for Plaintiffs*

Greg K. Winslett (to be admitted *pro hac vice*)
Jonathan A. Lautin (to be admitted *pro hac vice)*
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
gwinslett@qslwm.com
jlautin@qslwm.com
*Attorneys for Defendant Mt. Hawley Insurance Company*

MATTHEW J. GRAY
CHRISTY C. DUNN
3101 Glenwood Avenue, Suite 200
Raleigh, NC 27612
Matt.Gray@youngmoorelaw.com
Christy.Dunn@youngmoorelaw.com
*Attorneys for Defendant Mt. Hawley Insurance Company*

Respectfully submitted, this the 28th day of October, 2021.

HUFF POWELL & BAILEY, PLLC

BY: /s/ Barrett Johnson
Pankaj K. Shere (NC Bar No. 30675)
Barrett Johnson (NC Bar No. 46158)
Huff Powell & Bailey, PLLC
3737 Glenwood Ave., Ste. 370
Raleigh, NC 27612
Tel.: 984.238.2380
Fax: 404.892.4033
pkshere@huffpowellbailey.com
bjohnson@huffpowellbailey.com
*Counsel for Defendant MAG Mutual Insurance Company.*