IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CASE NO. 4:21-CV-157-FL

| | |
|---|---|
| CARTERET INVESTMENT ASSOCIATES, LLC and CARTERET SURGICAL ASSOCIATES, P.A.,<br><br>Plaintiffs,<br><br>v.<br><br>MT. HAWLEY INSURANCE COMPANY,<br><br>Defendant. | **MOTION FOR SUMMARY JUDGMENT** |

COMES NOW Defendant Mt. Hawley Insurance Company ("**Mt. Hawley**") with this its Motion for Summary Judgment, and in support thereof would respectfully show the Court as follows:

**MOTION FOR SUMMARY JUDGMENT**

This insurance dispute arises from alleged property damage suffered by Carteret Investment Associates, LLC ("CIA") and Carteret Surgical Associates, P.A. ("CSA") (collectively, "**Plaintiffs**") from Hurricane Florence. After conducting a prompt and thorough investigation of the claim, including multiple inspections by independent adjusters, engineers, and building consultants., Mt. Hawley determined that Plaintiff CIA sustained covered damage and paid CIA $450,188.96 for damage that was covered by the Windstorm / Hail Policy at issue (the "**Policy**").

Despite Mt. Hawley's thorough investigation, Plaintiffs contend (with no support) that Mt. Hawley failed to pay for all loss or damage covered under the Policy and that Mt. Hawley is somehow guilty of "bad faith" in its handling of the claim. Mt. Hawley vigorously denies these

allegations and, instead, respectfully submits that it is entitled to summary judgment on all of Plaintiffs' causes of action.

As set forth in Mt. Hawley's Memorandum In Support, Mt. Hawley is entitled to summary judgment as to Plaintiff CSA because it is not an insured under the Policy. As such, CSA's breach of contract and "bad faith" causes of action fail as a matter of law.

With regard to Plaintiff CIA, they have no evidence whatsoever to support any scope of damage or amount of loss other than what Mt. Hawley's claim investigation determined resulted from Hurricane Florence. Moreover, this case clearly presents, at most, nothing more than an honest disagreement regarding scope and cost, which cannot support statutory or common law "bad faith" claims under North Carolina law. Accordingly, Mt. Hawley is entitled to summary judgment on all of CIA's causes of action as well.

## SUMMARY JUDGMENT EVIDENCE

Mt. Hawley Motion for Summary Judgment is supported by the following evidence:

**Exhibit A** – Declaration of Matt Campen and **Exhibits A-1** through **A-11** thereto

**Exhibit B** – Declaration of Michael Feiler and **Exhibit B-1** thereto

**Exhibit C** – Plaintiffs' Expert Disclosures

**Exhibit D** – Deposition of David Dees

**Exhibit E** – Deposition of Mark Wojciechowski

**Exhibit F** – Deposition of Anthony Dennis and Exhibit 4 thereto

WHEREFORE Defendant, MT. HAWLEY INSURANCE COMPANY, respectfully requests that this Court enter an Order granting the instant Motion, dismissing all of Plaintiffs' claims, and granting any other relief this Court deems just and proper under the circumstances.

Respectfully submitted,

*/s/Greg K. Winslett*
GREG K. WINSLETT
(admitted *pro hac vice*)
Texas State Bar No. 21781900
MICHAEL D. FEILER
(admitted *pro hac vice*)
Texas State Bar No. 24055475
JONATHAN A. LAUTIN
(admitted *pro hac vice)*
Texas State Bar No. 24092669
QUILLING, SELANDER, LOWNDS
WINSLET & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100
(214) 871-2111 (Fax)
gwinslett@qslwm.com
jlautin@qslwm.com

**ATTORNEYS FOR DEFENDANT MT. HAWLEY INSURANCE COMPANY**

**---** AND ---

YOUNG MOORE & HENDERSON, P.A.

By: */s/ Matthrew J. Gray*
MATTHEW J. GRAY
N.C. State Bar No. 31553
CHRISTY C. DUNN
N.C. State Bar No. 54816
3101 Glenwood Avenue, Suite 200
Raleigh, NC 27612
(919) 782-6860
(919) 782-6753 (Fax)
Matt.Gray@youngmoorelaw.com
Christy.Dunn@youngmoorelaw.com

*Local Civil Rule 83.1(d) Counsel for Defendant Mt. Hawley Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of April 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Wesley A. Collins
wcollins@harvellandcollins.com; input@harvellandcollins.com
Harvell and Collins, P.A.
1107 Bridges Street
Morehead City, North Carolina 28557
(252) 726-9050
(252) 762-0055 (Fax)
*Attorneys for Plaintiff*

*/s/ Greg K. Winslett*
GREG K. WINSLETT
(admitted *pro hac vice*)
Texas State Bar No. 21781900
JONATHAN A. LAUTIN
(admitted *pro hac vice)*
Texas State Bar No. 24092669
QUILLING, SELANDER, LOWNDS
WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100
(214) 871-2111 (Fax)
gwinslett@qslwm.com
jlautin@qslwm.com

**ATTORNEYS FOR DEFENDANT MT. HAWLEY INSURANCE COMPANY**

**---** AND ---

YOUNG MOORE & HENDERSON, P.A.

By: */s/ Matthrew J. Gray*
MATTHEW J. GRAY
N.C. State Bar No. 31553
CHRISTY C. DUNN
N.C. State Bar No. 54816
3101 Glenwood Avenue, Suite 200
Raleigh, NC 27612

(919) 782-6860
(919) 782-6753 (Fax)
Matt.Gray@youngmoorelaw.com
Christy.Dunn@youngmoorelaw.com

*Local Civil Rule 83.1(d) Counsel for Defendant Mt. Hawley Insurance Company*